

Phone: (609) 750-7707
Fax: (609) 897-7395
Email: Korn@BlankRome.com

December 27, 2013

**VIA ELECTRONIC FILING**

Honorable Ann Marie Donio, U.S.M.J.
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Merck, Sharp Dohme Corp., et al. vs. Aurobindo Pharma LTD., et al.*
            Docket No. 1:13-cv-5442-JBS-AMD

Dear Judge Donio:

    This office represents Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd., in the above matter. Enclosed please find an original fully executed Consent Order Extending Defendants Aurobindo USA Inc. and Aurobindo Pharma Ltd.'s Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint to January 24, 2014. The additional time is requested in order to finalize the settlement among the parties.

    If there are no objections, I would ask that Your Honor sign same and forward it to the Clerk for filing.

    Thank you for Your Honor's courtesies in this regard.

                                Respectfully submitted,

                                s/ *Jonathan M. Korn*

                                JONATHAN M. KORN

JMK:cdy
Enclosure
cc:    Liza M. Walsh, Esquire (w/encl.)

301 Carnegie Center 3rd Floor Princeton, New Jersey 08540
A Pennsylvania LLP Stephen M. Orlofsky, New Jersey Administrative Partner
www.BlankRome.com

136416.00601/50528156v1

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington